In United States District Court
For the District of Delaware

UNITED STATES OF AMERICA

v.

MICHAEL SHIVERS,
    Defendant.

Criminal Complaint

CASE NUMBER: 08-108M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 18, 2008 in the District of Delaware, Defendant MICHAEL SHIVERS did knowingly possess in and affecting interstate or foreign commerce, a firearm, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year,

in violation of Title __18__ United States Code, Section(s) __922(g)(1) and 924(a)(2).__

I further state that I am a(n) __ATF Task Force Officer and Special Deputy U.S. Marshal__ and that this complaint is based
                              Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

_____
David Rosenblum
ATF Task Force Officer and Special Deputy U.S. Marshal

FILED
JUN 1 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

__June 18, 2008__                                    at Wilmington, DE
Date                                                 City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                       _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

AFFIDAVIT OF PROBABLE CAUSE: ATF Task Force Officer and Special Deputy U.S Marshal David C. Rosenblum

Your Affiant Detective David C. Rosenblum has been a Wilmington Police Officer for approximately 10 years and is currently assigned as a Task Force Officer (TFO) with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), whose duties include the investigation into firearms offenses committed in Wilmington, Delaware. Your Affiant has been authorized to seek and execute arrest and search warrants supporting a federal task force through Deputization by the United States Marshal's Service. During this Officer's employment as a Law Enforcement Officer, Your Affiant has authored in excess of 400 felony arrests warrants for crimes, some of which involved illegal narcotics and firearms. Prior to Your Affiant's current assignment, this Officer was assigned to the Wilmington Police Drug, Organized Crime, and Vice Division, Operation Safe Streets Task Force where Your Affiant has conducted over an estimated 1000 investigations into illegal narcotics and/ or firearms offenses whereby, this Officer seized numerous weapons along with large amounts of narcotics and suspected drug proceeds. During Your Affiant's tenure as a Law Enforcement Officer, Your Affiant has received over 275 days of training from the DOJ, FBI, ATF, DEA, DSP, WPD, DOC, Royal Canadian Mounted Police, North East Counter Drug Training, Homeland Security, California Highway Patrol and other law enforcement agencies. Your Affiant has been qualified in Delaware Superior Court and Federal Court, District of Delaware to provide expert testimony on the intent to distribute controlled substances and has testified as an expert in approximately 15 felony drug trials. During the course of previous investigations, Your Affiant has had conversations with federal agents and law enforcement officers with knowledge and/ or expertise in firearms offenses dealing with interstate nexus of firearms crossing state lines thereby affecting interstate commerce.

1. Unless otherwise stated, the information in this affidavit is based upon Your Affiant's personal knowledge and conversations with other Wilmington Police Officers. Because this affidavit is solely for establishing probable cause, not all facts related to this investigation are included herein.

2. The events stated below occurred on or about 18 June 2008, in the City of Wilmington, State and District of Delaware, as stated to me by at least two Wilmington Police Officers.

3. On 18 June 2008, WPD Detectives executed a state search warrant of a residence in Wilmington, State and District of Delaware. Upon execution of the search warrant, a WPD Detective recovered a firearm. Your Affiant inspected the seized firearm and found it to be a Florida Firearms Corp. 32 Caliber revolver bearing serial number 2073 which was made in western Germany. The firearm consisted of a frame and receiver of a firearm and appeared to function by expelling a projectile by the action of an explosive.

4. Your Affiant and a WPD Detective interviewed the defendant post Miranda and after

5. Your Affiant reviewed the Delaware Justice Information System Database (DELJIS) and verified that Defendant Michael Shivers has a previous felony conviction in the New Castle County Superior Court for Possession of a Deadly Weapon by a Person Prohibited on or about 3 January 2006 which Your Affiant knows is punishable by more then 1 year in prison.

6. After physically inspecting the weapon and from my training and experience, and after discussion with an ATF Agent who is expertly trained and experienced in determining the interstate nexus of firearms, Your Affiant believes that the above described weapon is a firearm as defined in 18 U.S.C., Chapter 44, Section 921(a)(3) and was manufactured in another country or state other than Delaware such that its possession in Delaware would have necessarily required that the firearm had crossed national or state lines prior to its possession in Delaware and such that the possession of that firearm in Delaware affected interstate or foreign commerce.

Wherefore, based upon Your Affiant's training and experience, Your Affiant believes that there is probable cause to believe that the defendant violated 18 U.S.C. §§ 922(g)(1) and 924(a)(2), by knowingly possessing in and affecting interstate and foreign commerce a firearm, after having previously been convicted of a felony crime punishable by imprisonment for a term exceeding one year and respectfully requests that the Court issue a Criminal Complaint charging this offense.

David C. Rosenblum
Task Force Officer, ATF
Special Deputy U.S. Marshal

Sworn to and subscribed in my presence
this __ day of _____ 2008

The Honorable Mary Pat Thynge
United States Magistrate Judge